# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-27 |
| | ) | |
| **ALLEN BROWN** | ) | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America moves under Federal Rule of Criminal Procedure 32.2 for the Court to enter the attached Final Order of Forfeiture as to Defendant Allen Brown for the reasons set forth in the attached proposed order.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

By: **/s/ George J.C. Jacobs, III**
George J.C. Jacobs, III
Assistant United States Attorney
District of Columbia Bar No. 419016
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4539
Email: George.J.C.Jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of July 2025.

<div style="margin-left: 3em;">

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

***/s/ George J.C. Jacobs, III***
George J.C. Jacobs, III
Assistant United States Attorney
District of Columbia Bar No. 419016
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 3090#
T: (706) 826-4539
Email: George.J.C.Jacobs@usdoj.gov

</div>