# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 1:25-CR-27 |
| ) | |
| **ALLEN BROWN** ) | |
| ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about May 22, 2025, Allen Brown (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Information (Docs. 1 and 14) charging a violation of 18 U.S.C. §§ 1343, 1349;

WHEREAS, on June 11, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") (Doc. 20) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Money Judgment in the amount of $130,000.00 (hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired[1].

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 982(a)(1) and the Preliminary Order, all

---

[1] *See* Federal Rules of Criminal Procedure 32.2(b)(6)(A), which requires publication only "[if] the court orders the forfeiture of specific property."  Accordingly, publication is not required in this case.

right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED** this _____ day of July 2025.

_____
HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA