# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | **INFORMATION NO.:**  **1:25CR00027** |
| | ) | |
| | ) | |
| **ALLEN BROWN,** | ) | |
| **DEFENDANT.** | ) | |

## DEFENDANT'S SUBMISSION OF CHARACTER LETTERS

COMES NOW the Defendant, Allen Brown, by and through undersigned counsel, and respectfully submits the attached character letters for the Court's consideration in connection with sentencing, which is scheduled for 11:00 a.m. on September 25, 2025, before the Honorable J. Randal Hall, Chief United States District Judge.

The attached letters, authored by Mr. Brown, Mr. Brown's family members, friends, and community supporters, provide relevant information regarding his character, history, and personal qualities. They also reflect the strong support network available to him moving forward. Such information is properly considered at sentencing under 18 U.S.C. § 3553(a), Fed. R. Crim. P. 32(i)(4)(A)(ii), and in accordance with this Court's local rules governing sentencing submissions.

Defendant tenders these letters to assist the Court in fashioning a sentence that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing.

Respectfully submitted this 24th day of September, 2025.


/s/ Randolph Frails
Randolph Frails, Attorney for Defendant
GA Bar Number: 272729
Frails & Wilson, LLC
211 Pleasant Home Road, Suite A-1
Augusta, Georgia 30904
Tel: 706-855-6715
Email: randyfrails@frailswilsonlaw.com

/s/ Katrell Nash
Katrell Nash, Attorney for Defendant
GA Bar Number: 722089
Nash Law Office, LLC
2100 Central Avenue, Suite 7
Augusta, Georgia 30904
Tel: (706) 589 – 9530
Email: katrell@nashlawofficellc.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | **INFORMATION NO.:**  **1:25CR00027** |
| | ) | |
| | ) | |
| ALLEN BROWN, | ) | |
| DEFENDANT. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing ***DEFENDANT'S SUBMISSION OF CHARACTER LETTERS*** through the Court's e-filing system and email upon the following:

**Mr. George J.C. Jacobs, III, Assistant United States Attorney**
**Southern District of Georgia**
**Post Office Box 2017**
**Augusta, Georgia 30903**
**Email: George.J.C.Jacobs@usdoj.gov**

This 24th day of September, 2025.


/s/ Randolph Frails_____
Randolph Frails, Attorney for Defendant
GA Bar Number: 272729
Frails & Wilson, LLC
211 Pleasant Home Road, Suite A-1
Augusta, Georgia 30904
Tel: 706-855-6715
Email: randyfrails@frailswilsonlaw.com

/s/ Katrell Nash_____
Katrell Nash, Attorney for Defendant
GA Bar Number: 722089
Nash Law Office, LLC
2100 Central Avenue, Suite 7
Augusta, Georgia 30904
Tel: (706) 589 – 9530
Email: katrell@nashlawofficellc.com

# Statement of Remorse, Request for Leniency, Alternative Sentencing, Character, and Structure Plan of Allen Brown

## Minister Allen Brown Jr's Address to Honorable Judge Hall

Your Honor Judge Hall

I come before you deeply humbled, profoundly ashamed, and sincerely regretful that our paths have crossed under these circumstances. First and foremost, I wish to extend my heartfelt apologies to you, to the United States Attorney, to all investigators, to my wife, to our employees, to every victim affected, to my family, my church family, friends, and the entire CSRA community—whom I have cherished serving. I am terribly sorry for the pain and disruption my actions have caused and for the disappointment I have brought upon so many lives.

Though my intentions were rooted in a desire to aid clients with their tax burdens, I now recognize that the solutions and methods I employed were neither lawful nor righteous. I accept full responsibility for my negligence and am prepared to receive whatever sentence you consider as fitting.

Nevertheless, Your Honor, I approach you with utmost humility, earnestly seeking your mercy and understanding in my sentencing. I am not asking to escape accountability, nor do I wish to diminish the seriousness of my offenses. I agree that those who knowingly and intentionally violate the law deserve to be held accountable.

At the same time, I appeal to your wisdom and compassion. As Scripture teaches in John 8:32, "And ye shall know the truth, and the truth shall make you free." I believe that truth, grace, and justice can coexist, and that you may find a sentence that not only serves as an example to others but also allows for redemption and restoration. I humbly ask for your consideration in delivering a sentence that is both just and merciful—one that benefits all parties and upholds the principle that wrongdoing must be met with accountability yet also offers hope for positive change.

Judge Your Honor this is a plea not to run away from any sentencing but a plea of mercy for you to take into an account or consideration for an alternative sentencing than traditional sentencing going directly to federal jail and when that time is deemed to come, I come before the Court not to negotiate, but to humbly request your continued faith in my capacity to be a productive citizen and a source of hope and truth within my community. I acknowledge the gravity of my actions and the responsibility I bear to make full restitution—not just to the IRS and those I have impacted, but to my family and society at large.

A sentence of incarceration would not only cause profound hardship for my loved ones but would also hinder my ability to begin repaying my debts immediately. I am committed to rectifying my mistakes as swiftly and faithfully as possible. As a disabled combat veteran service connected and disabled from my time in service mentally and physically receiving 100% disability from my injuries from combat tours serving a country I greatly love, should I be incarcerated for more than 61 days, my benefits would be drastically reduced, impacting my ability to support my household and meet my financial obligations, including my wife's debt and my own. Also, with the incarceration it will cause our businesses to fail and shut down where it is one of the sole financial sources that will be able to pay our restitutions to the IRS.

Judge Your Honor thank you for the mercy shown to my wife, granting her 22 months. Her absence, and any further separation, would threaten the wellbeing of our children and the stability of our marriage, which has been strained since these proceedings began. My children, aged 10 and 12, are especially vulnerable; both have been diagnosed with depression, and one with PTSD. Their mental health is fragile, and they have expressed a fear of self-harm should they be deprived of a parent's presence. Beyond my role as a father, I am also the caretaker for my uncle, who is beginning dialysis, and my grandmother, who has her own medical needs. Judge I have not even mentioned many and all of my medical needs and concerns what I am going through it is for my loved ones that I am responsible and take care of.

Judge Your Honor I propose a sentence of 22, 36, 48 months home confinement, concurrent with my wife's 22month prison term, combined with X hours of community service, and or if possible, weekend custody to serve my time. Upon completion, then the many years or year of probation time as well. This structure would allow me to actively repay what I owe, continue supporting my family, continue my duties as a Minister and mentor in my mentorship program, and maintain my medical treatment through the Veterans Affairs system, including care for my declining health and participation in PTSD support groups.

Prayerfully Judge Your Honor if you decide that the only thing that will work is going to federal prison I ask of you that I can please start the jail time after my wife return home from her 22months sentencing and we can quickly get our affairs together so that I can start my time.

Judge Your Honor if any of these options do not work its in God's will that I pray that you can find something similar or close and no matter what you decide I am grateful for your decision and I thank you in advance.

More than just my immediate family, my ability to remain in the community allows me to positively impact hundreds of lives each year. I ask for your mercy—not only for my sake, but for all those who depend on me. My request is not about avoiding accountability, but about fulfilling it in a way that makes me fully responsible to my debts, my loved ones, and my community, while also serving as a cautionary example to others.

Judge Your Honor I am a righteous man, and it hurts me deeply that I used unlawful methods to try and help the clients on their taxes. Also, it hurt me and saddens my heart even more when I want you to know the truth and the real narrative of not only who I am and the nature of the offense. Judge during those short two years I truly was living to please and satisfy the world and not for Jesus Christ. I had been battling and struggling with PTSD and Depression along with bipolar disorder for close or over 10 years, mentally I was a nobody or nothing to anyone anymore since I was out of the military in 2013. When I started helping the clients it boosts my personality of who I was, and I was not having those suicidal thoughts or depressed thoughts because it felt as if I was useful to someone and they showed me love knowing I was doing what they wanted me to do or asked of me. Judge Your Honor as I stated earlier The Truth Shall Set You Free and when I die and leave this place, I pray that I have been truthful in the eyes of the Lord and have been held accountable for all my wrongs and forgiving as well. This is the type of man that I am your honor one that will not try and fight evil for evil or lie for lie. I own up to all my wrongs and pray for better for the hearts and minds of those who continue to work in transgressions or deceit because we all must answer to the Lord above.

Judge Your Honor the structure and purpose guiding my life, is to demonstrate my unwavering willingness to accept responsibility. My heart, my intentions, and my daily actions are dedicated to helping others find their way—spiritually, morally, and practically. Since 2022, I have not personally prepared or filed income taxes, as my focus has shifted entirely to answering my true calling: ministry. From the age of seventeen, I have felt this calling upon my life, and I am grateful to have finally obtained my minister license in recent years. This has become my central mission, and I am determined to walk boldly and confidently in this purpose. I strive to live righteously, to do what is right, and never to return to former ways. I am committed to sharing God's word, both within and beyond the walls of the church, wherever life leads me.

In addition to my ministerial responsibilities, I am deeply invested in the well-being and moral formation of our community's youth. Through the Get It Together Mentorship Program, which has already grown to support twelve mentees, alongside Deacon Cook, we work to mentor young men, ages 12 to 19, essential life skills and the values of righteous

living. Our goal is to equip them to thrive in a challenging world, fostering their growth into strong, God-fearing individuals and future leaders in their communities.

Judge Your Honor I do things solely from the heart without expecting anything in return. I do not expect a reward for charitable deeds because my Father in Heaven is gonna reward me in Heaven. I never brag about what I have done for anyone so please as you read the remaining of this letter or hear the testimonies in court that I am not bragging, or it is a brag. My whole every day living is dedicated to how can I help someone, and these are the many of ways that I have and prayerfully will still be able to.

My commitment to community extends further through active involvement with our nonprofit organization, the DBROWN FOUNDATION, whose motto is "Safe Driving Save Lives." We equip young people, ages 14 and up, with the knowledge of traffic laws and responsible driving habits, preparing them for their learner's permits and eventual driver's licenses. Our foundation has made significant contributions to the community—paying utility bills for over 500 people, distributing thousands of turkeys and hams, hosting Fourth of July family events attended by more than 300 individuals, supporting over 200 students with back-to-school donations, and providing shelter and food for over 300 people during Hurricane Helena. We have also awarded over $20,000 in college scholarships and remain steadfast in our mission to continue and expand this work.

As a spouse and parent, I strive daily to be a faithful partner and nurturing parent, upholding my integrity and imparting the teachings of God's law to my family and friends. My hope is to inspire not only upright citizenship within my own household, but also a ripple effect of righteousness throughout the broader community.

My community service also includes hosting bingo for the elderly at various community centers, providing not only entertainment but a message of hope and faith to enrich their lives.

Your Honor, I must also mention that as I face declining health, I remain committed to attending all medical appointments and treatments, praying for restoration and strength, while not allowing these challenges to deter me from my commitments.

Finally, I am fully dedicated to meeting all financial obligations—making regular payments toward both my wife's debt and my own—to ensure we remain in good standing and in full compliance with all laws and regulations.

These are the structured steps I have committed myself to, demonstrating my acceptance of responsibility and my intent to continue serving my family, my community, and my faith with integrity and diligence. I trust that my actions and ongoing efforts will make clear my dedication to living a life of accountability and purpose.

Respectfully submitted, Minister Allen Brown Jr.

3005 Haynes Station Dr Aug, GA 30909

(706)910-2732

# CERTIFICATE OF LICENSE

This is to certify

## Allen R. Brown Jr.

As one who has given evidence of a calling by God into ministry

As

## Minister

and was licensed to function in ministry as the opportunity may be presented, and to exercise the God-given gifts in ministry

By

 

### Reverend Dr. Larry D. Glover, Pastor

**Lighthouse Christian Fellowship Baptist Church, 2877 Lumpkin Rd, Augusta GA 30906**

On the _____ 29th _____ Day of _____ **December, 2024**

...ou are unique and your life is valuable. ...fficulties are real, but so is your ...otential to rise above them. Keep ...elieving in yourself, lean on your faith, ...nd remember God walks with you every ...tep.

"For I know the plans I have for you, ...eclares the Lord... plans to give you ...ope and a future." – Jeremiah 29:11

...et it together. I AM my brother's keeper.





## IAM MY BROTHER'S KEEPER!

### Contact Us For More Info

☎ 706-840-7518

✉ getittogethermentorship2025
@gmail.com

URL to join:
https://forms...



GET IT TOGETHER

## Get It Together:
## A Guide for Young Me
### (Ages 12-19)

### Facing Life's
### Challenges with Strength,
### Wisdom, and Faith



Come Join Us every Tuesday &
Thursday for Safe Driving Lessons
and Hands-on Training!

D. Browns Foundation LLC



SUBJECT: Character Letter

1. It is indeed a pleasure and honor to write this letter on behalf of Allen Brown whom I have known since 2010 while serving as a military civilian behavioral health provider at Ft. Gordon Army Base. It has always been my standard to preserve this honor for those individuals that I believe their good out ways any decision that contributed to their legal issues.

2. Allen Brown exemplified himself during his multiple deployments where he faced daily threats to his life but never faltered from answering the call to fulfill his duties knowing that his life was placed in harm's way. Because of his bravery, and selfless service he returned with mental scars that will forever be a part of his life. The same tenacity that he faced war with was the trademark that allowed him to confront the challenges of trauma to reestablish the joy of living. For every treatment challenge, Allen embraced his treatment with vigor, humility and commitment which resulted in a successful treatment outcome. His empathy and compassion for his fellow soldiers fueled him to become a spokesperson advocating for soldiers to get the help needed to recover from the mental wounds of war.

3. I also had the amazing opportunity to become his Pastor, overseeing his transition from church member to completing all the requirements to become a license minister. Minister Brown has been instrumental in creating a youth ministry focusing on providing skills, education, and resources to help prepare young men to be successful in life. His heart for people in general resulted in him giving of his time and resources to better the lives of his mentees and their families.

4. Min Brown is not a perfect man, but he has perfect intentions which are grounded in his love for God's people. His flaw is his deep desire to ease the pain of others who may be struggling due to the lack of resources. His ministry is to serve and help others overcome their struggles be it financially, emotionally or spiritually. In this quest to alleviate the struggles he engaged in an illegal act that was not grounded in selfishness, or to take. He has since recognized that the means to fulfill his passion to help resulted in an illegal act, but I warn not to define him based on the charge but the heart and desire to help. Min Brown has owned his mistake and since the legal issues have been publicized he has used it as a ministry to help others to "do the right thing by God". He has faced his peers and church congregation and confessed his sins and through humility asked for grace and restoration which has resulted in true repentance. It is my belief that the objective for any person who has committed a crime is repentance and reintegration back into the community. I ask the court to give grace regarding sentencing, trusting that repentance assures the court, his church, society, and God that he has turned away from the thinking that produced his legal troubles and will do great things in this world.

Rev. Dr. Larry D. Glover
Pastor, Lighthouse Christian Fellowship Baptist Church

*In the same way, let your light shine before others, so that they may see your good works and give glory to your Father who is in heaven. Matthew 5:16*

Honorable Judge,

My name is Johnathan Reeves, and I am writing this letter on behalf of Minister Allen Brown. I am currently a junior at Lucy Laney High School and a proud member of our church community, where I have had the privilege of knowing Minister Brown for several years.

From the moment I met Minister Brown at church, he has had a profound and positive influence on my life. His guidance and mentorship have helped shape me into the young person I am today, teaching me valuable lessons about integrity, responsibility, and hope—even in times of failure and mistakes. Minister Brown has served not only as a fellow church member but as a mentor and father figure, not just to me but to many other young men through his mentorship group, Get It Together.

In this group, Minister Brown goes above and beyond to support and uplift us. He educates us about right and wrong, the consequences of our decisions, and, most importantly, how to live righteously and honorably in all aspects of our lives. Under his leadership, I have witnessed remarkable growth—not only in myself but also in my peers. Minister Brown inspires us to strive for excellence and to become responsible, compassionate members of our community.

Minister Brown has never hidden his past from us; with sincerity and humility, he has shared stories of his own struggles and the mistakes he made years ago. By doing so, he teaches us that nobody is perfect, and that redemption and change are always possible. His openness allows us to learn from his experiences and encourages us not to be discouraged by our own setbacks.

He is a devoted and faithful man of God, steadfast in his commitment to his wife, children, church family, and the greater CSRA community. His actions reflect deep compassion, selflessness, and devotion—qualities that have made a lasting impression on all who know him.

I am sincerely grateful to God for placing Minister Brown in my life. As I write this letter, my heart is filled with sadness at the uncertainty he faces, but also with hope that my words, and the testimonies of other young men whose lives he has touched, will convey the magnitude of his positive influence.

Therefore, Judge, on behalf of myself and the brothers in our mentorship group, I respectfully and earnestly ask for your grace and compassion as you consider Minister Brown's sentencing. He has been a source of light, guidance, and transformation in our lives, and we pray that he may continue to serve our community and inspire others as he has inspired us.

Thank you for taking the time to read this letter and for considering my request.

Respectfully,

Johnathan Reeves

Junior, Lucy Laney High School

Member, Get It Together Mentorship Group

*Johnathan Reeves*

*Kiera Reeves* (706) 631-7568

1918 Steiner Ave

Augusta, GA 30901

To whom it may concern:

My name is Simone Brown and I am also the stepmother of Mr. Allen Brown Jr. I am writing to you to speak on behalf of my son's character. Mr. Brown has suffered and endured great shame, humiliation, and embarrassment. However, Mr. Brown is a changed man, a God Fearing man, even becoming a minister in his church. Mr. Brown has sought solace and has worked hard to become a better man. Even in the midst of all that he was going through when Mr. Brown lost his father, and him being the oldest brother he stepped up to not only be the best big brother to his three younger brothers, but he was also a father figure to them all helping to keep the brothers from falling apart and going astray. Mr. Brown has become a pillar in his community. Mr. Brown is involved in numerous community service activities of which includes, Turkey giveaways at Thanksgiving and Christmas, back to school backpack giveaways along with school supplies for children in the area. He has also helped to promote reading literacy by providing free reading books for students during the beginning of the school year, during the holidays and at the end of the school year for summer reading. Mr. Brown has worked extremely hard to turn his life around and to prove that he is a changed man. A man who is deservent of leniencey. Mr. Brown is a loving father, a wonderful husband, an amazing big brother, and a great son. Mr. Brown has done everything to show remorse and his desire to be able to go on with his life. I am asking that you please not focus on his past mistakes, nor the man that he was, but look at and focus on the man that he is now and grant him leniency.

Thanking you in advance for your consideration in this matter.

Sincerely,

Ms. Simone Brown

Ms. Simone Brown

(478) 45 48198
95 old mill court
milledgeville, GA 31061

**From:** Allen B <rballenjr4@gmail.com>
**Sent:** Wednesday, September 24, 2025 7:18 AM
**To:** Katrell Nash <katrell@nashlawofficellc.com>; Randy Frails: <Randyfrails@frailswilsonlaw.com>
**Subject:** Fwd:
---------- Forwarded message ---------
From: **Jelisa Perry** <jelisa25@gmail.com>
Date: Wed, Sep 24, 2025 at 1:46 AM
Subject:
To: <rballenjr4@gmail.com>


>
> To whom it may concern,
>
> My name is Jelisa Perry. I can't speak on or defend anything that may have happen after our divorce with Allen R Brown Jr. I do not condone any wronging. I can only speak from personal experience. He has full custody of our 3 girls while I finish nursing school and also work 2 jobs. He take our girls to every doctors, dentist appointment, and also any after school activities.
>
> I'm writing this letter because I believe it's important for the court to know the side of Mr.Brown that isn't always seen or spoken about. The man who poured into others, who gave opportunities, who led by example, and who loved deeply.
>
> He helped shape me both personally and professionally. He believe in me and pushed me to grow. No matter how busy he was he never missed holiday and special events with the kids. Beyond that, I also seen him get back to the community over and over again.
>
> In my personal experience, Mr. Brown, it's not a danger or a threat to the community He's a man of God someone who uplift support inspire those around him to be better mental physically and spiritual. But more than anything, he's a Father In his kids are the ones who look up to him most. They need him. His presence, love, and guidance matter deeply in their lives.
>
> I truly Believe that he belongs at home with his family, and the people who means the most to him and continue to be his greater source, and  purposes and strength.
>
> Thank you,
> Jelisa Perry
>
>
>
>
>
> Jelisa Perry
> 3701 Hickory Cove Rd
> Hephzibah Ga 30815
> 762-383-9024

August 12, 2025

Re: Statement of Character for Allen Brown

To Whom It May Concern:

It is my honor to write this character statement for my eldest brother, Allen Brown.

Allen is not only a devoted husband, loving father, businessman, minister, and church leader—serving as a Deacon, Choir Member, and Mentor Leader at Lighthouse Christian Fellowship Baptist Church.

Allen's journey has been marked by selfless service to his country as a disabled veteran, having completed multiple tours overseas in the Army National Guard. His sacrifice and courage reflect a deep sense of duty and patriotism, inspiring respect from those who know him.

As a minister and church leader at Lighthouse Christian Fellowship Baptist, Allen uplifts and guides others with wisdom and empathy. He is sought out not only for spiritual counsel, but for the genuine kindness and support he offers to all who cross his path.

Allen's role as a businessman is characterized by his relentless work ethic, entrepreneurial innovation and a heart for generosity. Through his generosity, kindness, and compassion for man, he has employed many people in the CSRA who were in need of employment to support their families. He is known for giving back. Through his non-profit organization, he has provided the following to our community—Thanksgiving Turkey and Ham giveaways, Back to School Drives, Utility Bill Assistance, Feeding the Homeless, and other community outreach initiatives.

A devoted family man, Allen supports his wife and six children—five daughters and one stepson—with Christian values and steadfast love. The achievements of his children, including three who have graduated high school and are pursuing college, are a reflection of Allen's guidance and the values he instills: respect, perseverance, and citizenship.

Allen's commitment to service—both in the military and in his local community—has earned him deep respect from family, friends, and neighbors alike. As a church leader, he uplifts those around him, providing guidance and support to anyone in need.

Allen has a family, friends and community members who stand in support of him through his legal proceedings. We understand the consequences that he may face but are praying for the best outcome for all involved so that he can continue to support his family, church members, and the community.

Sincerely,

Jacques Jones

jacquisjones1985@comcast.net
TN-4AC0010 / 762 994 6269

To Honorable James Randall Hall

I am writing this letter as a character witness for Allen R. Brown Jr., who has recently entered a guilty plea for conspiracy to commit wire fraud. My name is Reginald R. Ellison Jr, and I have had the privilege of knowing Allen all our lives—we are cousins. Through every stage of life, I have witnessed firsthand both his character and his deep dedication to his family and community.

Allen is a man who has made mistakes, as he himself admits with genuine remorse and deep regret. He has expressed profound sympathy for the consequences of his actions and carries a heavy burden knowing how they have impacted others. However, it is my firm belief that his errors stem not from malice but from a period of darkness in his life that clouded his judgment.

The Allen I know is a kind-hearted, selfless individual who would give the clothes off his back to help someone in need. He has continuously demonstrated his compassion and commitment to others by organizing and leading several charitable drives over the years, giving back to the community that he loves so dearly. His actions have touched countless lives and exemplify the goodness at the core of his being.

In addition to his community efforts, Allen is the sole provider and caretaker for his grandmother, who is my aunt, and his uncle, who is my cousin. This responsibility is one he has taken on with unwavering devotion, ensuring their needs are met and that they are cared for with dignity and love. His role in their lives is irreplaceable, as he provides not only material support but also emotional strength.

Allen is, at heart, a good and godly man—a man who has made some ungodly choices during what I can only describe as some of the darkest years of his life. Despite these missteps, I believe he has the strength of character to emerge from this experience as a better person, one who will work tirelessly to rebuild trust and to continue contributing positively to society.

I humbly and respectfully ask for leniency in Allen's sentencing. While his actions warrant accountability, I sincerely believe that a compassionate sentence will allow him to continue supporting his family and serving as an example of redemption and growth for others. Allen's story is far from over, and I am confident that his future contributions will far outweigh his past mistakes.

Thank you for taking the time to consider this statement. Please do not hesitate to contact me if further information is required.

Sincerely,

Reginald R. Ellison Jr.

310-405-2850

reginaldellisonjr@gmail.com

To the Honorable Judge,

I humbly write to you as Lula Thomas, known affectionately as "Kitty," to respectfully request your leniency in the matter of my nephew, Allen Brown, and his wife, Kim Brown, regarding their charges involving conspiracy wire fraud, and aiding and assisting with income taxes.

Allen and Kim are individuals of great integrity who, in their earnest efforts to help others, made the regrettable mistake of trusting too deeply in the words of those they aimed to serve. Their actions, while misguided, were fueled by a genuine desire to support clients facing financial hardship and to make a positive difference in their community.

Throughout their lives, Allen and Kim have consistently demonstrated compassion and selflessness. They have contributed to countless causes, including paying for funerals of customers and family members, supporting those at risk of losing their homes to foreclosure, and organizing community initiatives such as utility bill drives, back-to-school events, and turkey giveaways during the holidays. Their unwavering kindness has touched many lives, and their commitment to service has been steadfast.

They are also pillars of support within our family, caring for my ailing sister and nephew, as well as Allen's daughters and Kim's son. Their deep sense of responsibility and faith continues to guide their actions, and I know, without a doubt, that they regret the decisions that led them to this point.

Allen and Kim have expressed remorse and a sincere willingness to make amends. They are prepared to work diligently to repay any fines and penalties imposed, and I am confident that they will not repeat their mistakes. Their faith and love for their community remain unshaken, and I believe their intentions were never to harm, but rather to help—though, in hindsight, not in the right way.

In light of their honorable character, community service, and genuine remorse, I respectfully ask that you consider probation in lieu of incarceration. Granting them the opportunity to remain with their family and continue their service would not only benefit those who rely on their care but also allow Allen and Kim to contribute positively as law-abiding citizens.

Thank you for considering my heartfelt request for mercy and understanding in their case.

With deepest respect and gratitude,

Lula Thomas ("Kitty")

1160 Herman Lodge Blvd
Waynesboro, GA 30730
(706) 558-5499

Your Honor,

I am Henrietta Jones, and I humbly write to you as a grandmother, a neighbor, and a witness to the lives and hearts of my grandson, Allen Brown Jr., and his wife, Kim Brown. I wish to share with the Court my sincere belief in their character and to speak to the profound remorse they feel regarding their respective charges of wire fraud and aiding and assisting taxes.

I have known Allen since the hour he was born, and I have watched him grow into a caring and responsible man. From the age of fifteen, Allen has helped me with unwavering devotion—driving me to my appointments, ensuring I have all my medicines each month, and making sure I have food to eat, even when my resources are scarce. His wife, Kim, has joined him in this compassion, always extending kindness not only to me, but to our wider community.

Their generosity goes far beyond family. Both Allen and Kim have continually dedicated themselves to serving the CSRA community, their church, and anyone in need. They have provided support, comfort, and practical assistance—never seeking praise, but simply answering the call to serve others, as their faith compels them.

Allen has confided in me daily, expressing deep regret for the choices he made and the consequences those decisions brought to Kim. His intention was to help people by involving her as a business owner, not to cause harm or wrongdoing. The weight of this mistake burdens him profoundly, and Kim shares this sorrow deeply.

Despite their current situation, Allen and Kim remain steadfast in their love for others, their devotion to their children, and their commitment to making amends. I truly believe they are good people who have stumbled, but whose hearts and actions speak loudly for their intent and their capacity to change.

Your Honor, I respectfully and earnestly ask the Court to consider probation, rather than prison time, for both Allen and Kim. They are the primary caregivers of their children, and their presence at home is vital—both for the wellbeing of their family and for their ability to repay any restitution ordered by the Court. I am confident you will never have any problems from them, and that they will abide by every condition set forth, making every effort to do right.

Thank you for your time, consideration, and understanding. I pray for mercy, knowing that in your wisdom you will see their hearts as I do.

Respectfully yours,

Henrietta Jones

*Henrietta Jones*

1408 Westgate Dr
Waynesboro, GA 30830
(706) 360-5473

Your Honor,

I am writing this character reference letter with the utmost sincerity and heartfelt conviction on behalf of my nephew, Allen Brown Jr, and his wife, Kim Brown. My name is Paul Brown Jr, and I have had the privilege of knowing Allen from the moment he entered this world. I have watched him grow, persevere, and become a man of extraordinary character. Through every season of life, Allen has shown an unwavering commitment to his family, his community, and to the principles of kindness, integrity, and generosity.

Allen is not just my nephew; he is the backbone of our family. Since the tender age of fifteen, when most young people are still learning to navigate life, Allen took on the immense responsibility of caring for our entire family. He made sacrifices well beyond his years, ensuring not only his siblings and grandmother but all of us—including myself—were provided for and supported. Allen's sense of duty did not waver when he left to serve in the military. Even while fulfilling his commitment to our country, he continued to uphold his role as caretaker, sending what he could home, making calls to check on us, and returning whenever duty allowed to step right back into the lives and needs of his loved ones.

His wife, Kim Brown, shares and amplifies Allen's compassionate spirit. Together, they have built a partnership rooted in faith, kindness, and service. Kim stands side by side with Allen, extending her hand not only to our family but to anyone in need. Their marriage is marked by a mutual commitment to doing good, lifting burdens, and encouraging hope in those who have little.

I wish to share some personal testimony of the impact Allen and Kim have had on my life. For the past three years, I have been battling failing kidneys—a journey fraught with uncertainty, pain, and fear. Yet, throughout this dark time, Allen has been my guiding light. He ensures I receive my medication, pays for my prescriptions and drives me to my hospital visits and appointments with unwavering reliability. There were days when I did not know if I would see the next sunrise, but Allen's care has given me hope and the strength to carry on. Without his help, I truly do not know when I would take my last breath. His wife, Kim, has also been present every step of the way, offering comfort, helping at home, and making sure I feel a sense of dignity and love even in my weakest moments.

Allen and Kim compassion is not reserved just for me. He continues to support my mother which is his grandmother, his siblings, and anyone in need. There is no request too small, no need too great. He has never turned away from a challenge or a plea for help, and his faithfulness has been the foundation on which our family stands.

Allen and Kim's generosity is felt far beyond our household. Their kindness radiates throughout our community, touching countless lives. Whether it is preparing back-to-school supplies for children who might otherwise go without, organizing turkey and ham giveaways and hot plate meals for those who have no food during the holidays, or helping people pay their utility bills and Christmas expenses, Allen and Kim have continually answered the call to serve. Their acts of goodwill are not limited to a select few—they have blessed thousands of individuals and families over the years, regardless of race, creed, or background.

They are active members of their church and embody the values of true Christianity—living out the gospel through action, compassion, and a willingness to give the very shirts off their backs. I have witnessed them welcoming strangers, comforting the broken-hearted, and providing a safe haven for those who have nowhere else to turn. Their kindness is not performative but authentic, grounded in a deep sense of responsibility to their neighbors and faith in God.

Allen and Kim are deeply remorseful for the mistakes that have brought us all before your court today. Their actions, though misguided, were not motivated by greed or selfishness, but by a desire to help others during tax season—particularly those struggling to make ends meet. They never sought personal gain and, in fact, they jeopardized their own well-being and security to support people in need. Allen has always been a man of his word, devoted to repaying every dime owed and ensuring his family's honor and reputation remain intact.

They fully recognize the seriousness of their actions against the IRS and accept responsibility. It is important to understand the context of their intentions—they wanted to make a difference for families who were suffering, and in doing so, made choices they now regret. Their sorrow is genuine, and their resolve to make amends is unwavering.

Your Honor, I humbly ask that you consider granting Allen and Kim probation instead of jail time. Not only does their family depend on them—particularly the small children who need the presence and guidance of their parents—but our entire community relies on the support and stability they provide. If they are incarcerated, the ripple effects will be felt by so many: from their children, who need nurturing, to elderly family members like myself and mother, who need assistance with medication and transportation. Their absence would leave a void that cannot easily be filled.

Probation would allow Allen and Kim to continue serving their family and community, to make restitution, and to prove through daily action that their remorse is real and their intentions honorable. I am confident that, given the opportunity, they will make every effort to right their wrongs and restore trust.

Allen Brown Jr and Kim Brown are extraordinary individuals whose lives have been devoted to helping others. Their faith, compassion, and tireless service have left a lasting mark on our family and our community. Though they have made mistakes, their character and commitment to making things right are beyond question. I respectfully urge the court to grant leniency and allow them to remain at home, where they are needed most.

Thank you for your time and consideration.

Respectfully,

Paul Brown Jr

1408 Westgate Dr
Waynesboro, GA 30830
(706) 535-9155

To The Honorable Judge,

I am writing this letter on behalf of Allen Brown to offer a character reference and to express my sincere belief in his good heart and positive influence on our community, his family, and all who know him.

I have known Mr. Brown and his family for some time and can say with confidence that he is a genuinely kind, caring, and generous individual. Whether it's helping a neighbor in need, volunteering at community events, paying bills for those struggling, providing scholarships so that students can attend college, or standing by friends and family during difficult times. Mr. Brown always steps up without hesitation and never expects anything in return.

Mr. Brown is deeply rooted in strong family values. I have personally witnessed how he goes above and beyond to support his loved ones — emotionally, financially, and morally.

His involvement in our community speaks volumes. The many acts of service he has performed have touched countless lives and earned him the respect and appreciation of those around him.

I understand that Mr. Brown is currently before you in a legal matter, and I do not make light of the seriousness of the situation. However, I respectfully ask that you also consider the compassionate, reliable, and community-focused person that Mr. Brown truly is.

I believe that accountability is necessary, but I also believe that mercy and understanding are important parts of justice, especially for someone who has consistently shown a dedication to doing good. I truly believe that Mr. Brown has learned from this experience and will emerge a better person if given the opportunity for rehabilitation rather than extended incarceration.

Thank you for taking the time to consider this letter. I hope you will see Mr. Brown as the caring and compassionate individual we all know, someone who made a mistake, but who still has so much good to offer.

With deep respect,

Clarissia Doughtry

733 Hopkins Street
Augusta, GA 30901
(706) 394-8406
cdoughtry@yahoo.com

**To The Honorable Judge James Randall Hall,**

I am writing in support of Minister Allen Brown and Sister Kim Brown, two respected and beloved members of our community. I have known the Browns since 2019 when I joined Lighthouse Christian Fellowship Baptist Church, where they have both been active and influential members.

Minister Allen Brown leads our male mentorship program, offering guidance and encouragement to young men in our congregation and beyond. Sister Kim Brown serves as a lead singer in our church choir, using her gift to uplift and strengthen our worship community. Beyond their roles in the church, the Browns have consistently extended themselves to meet the needs of those less fortunate. They have opened their home to individuals in crisis, provided meals to the hungry, and offered shelter to those with nowhere else to turn.

I understand that Minister and Sister Brown are involved in a case regarding a fraudulent act. While I do not excuse wrongdoing, I firmly believe this was a **mistake.** A single, unfortunate decision does not reflect the moral character or lifelong values they have demonstrated.

I respectfully ask the court to consider their long record of service, generosity, and integrity. The Browns have lived life centered on faith, family, and community uplifting. I urge consideration of a sentence that emphasizes restitution and rehabilitation rather than incarceration. Removing them from the important work they do would be a deep loss not just to their family, but to the many individual families who benefited from their leadership kindness and support.

I prayed that mercy and understanding guide the outcome, and I think you for your time and thoughtful consideration.


Respectfully,

**Deacon Michael Daggett**    *Michael Daggett*

Lighthouse Christian Fellowship Baptist Church

**Angela Patterson**
2410 Lisbon Rd
Augusta, GA 30906
August 19, 2025

The Honorable Judge Randall Hall
United States District Court
600 James Brown Blvd.
Augusta, GA 30901

**Re: Character Reference for Mr. Alan Brown**

Dear Judge Hall,

My name is Angela Patterson, and I am a member of Lighthouse Christian Fellowship Baptist Church in Augusta. I have known Mr. Alan Brown for four years, and I can say without hesitation that he is a caring and giving person.

At our church, Mr. Brown volunteers with the youth, provides rides to those in need, and serves as both a choir member and a minister. He has also been a leader in community events and has shown true compassion during times of crisis—for example, helping feed and shelter families during the recent hurricane.

I know the Court must take this matter seriously, but I respectfully ask that you also consider the good character I have personally witnessed in Mr. Brown. He has been a blessing to many, and I believe he will continue to have a positive impact on those around him.

Thank you for your time and consideration.

Sincerely,
Angela Patterson *Angela Patterson*
Fellow Member, Lighthouse Christian Fellowship Baptist Church
Phone: 706-267-0211

**Lee Patterson**
2410 Lisbon Rd
Augusta, GA 30906
August 19, 2025

The Honorable Judge Randall Hall
United States District Court
600 James Brown Blvd.
Augusta, GA 30901

**Re: Character Reference for Mr. Alan Brown**

Dear Judge Hall,

My name is Lee Patterson, and I am a member of Lighthouse Christian Fellowship Baptist
Church in Augusta. I have known Mr. Alan Brown for four years, and I can say without
hesitation that he is a caring and giving person.

At our church, Mr. Brown volunteers with the youth, provides rides to those in need, and serves
as both a choir member and a minister. He has also been a leader in community events and has
shown true compassion during times of crisis—for example, helping feed and shelter families
during the recent hurricane.

I know the Court must take this matter seriously, but I respectfully ask that you also consider the
good character I have personally witnessed in Mr. Brown. He has been a blessing to many, and
I believe he will continue to have a positive impact on those around him.

Thank you for your time and consideration.

Sincerely,
Lee Patterson
Fellow Member, Lighthouse Christian Fellowship Baptist Church
Phone: 706-518-1054